# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

KEITH RUBENSTEIN,
    Plaintiff

v.                       CASE NUMBER: 14c0648

JENNIFER JAHNKE,
    Defendant

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the defendant on the merits.

    August 16, 2017                                  Stephen C. Dries
Date                                                         Clerk

                                                               s/ G. Colletti
                                                                (By) Deputy Clerk